# UNITED STATES DISTRICT COURT
## for the
Eastern District of New York

United States of America
v.
Cameron Spencer, Jr.

Case No: 06-CR-413-1(S-1)
USM No: 74326-053

Date of Original Judgment: March 6, 2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Lawrence M. Stern, Esq.
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  60  months **is reduced to**  47 months on Count One ONLY.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 3/11/09 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 28, 2012

S/ Dora L. Irizarry

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Dora Lizette Irizarry, U. S. District Judge, EDNY
Printed name and title

